IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL WAYNE WYATT,

      Plaintiff,                      No. CIV S-99-0503 LKK KJM P

   vs.

CAL A. TERHUNE, et al.,

      Defendants.                <u>FINDINGS AND RECOMMENDATIONS</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On October 13, 2004, defendants filed a motion to dismiss. On March 22, 2005, plaintiff was ordered to file an opposition or a statement of non-opposition to the pending motion within thirty days. In the same order, plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed under Fed. R. Civ. P. 41(b) for failure to adhere to court orders and the local rules of this court. The thirty day period has now expired and plaintiff has not responded to the court's March 22, 2005 order.

        For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 10, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
wyat0503.46fr